# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE NGUYEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MOSAIC SALES SOLUTIONS, a Texas Corporation, GABRIEL RODRIGUEZ, an individual, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 8:15-cv-00728-JLS-RNB<br><br>**ORDER ON STIPULATION OF DISMISSAL**<br><br>**Complaint filed: 02/24/2015** |

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

    1. The action is dismissed with prejudice against all defendants.

    2. Each party shall bear their own costs, expenses and attorneys' fees.

IT IS SO ORDERED.

Dated: August 20, 2015

JOSEPHINE L. STATON
United States District Judge

TAYLOR LABOR LAW, P.C.
572 E. Green Street, Suite 301
Pasadena, California 91101
(626) 219-6008

1